McCARTHY et al., Respondents, v. MITTERMEYER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 27, 1911.) Action by Cornelius J. McCarthy and another against Henry Mittermeyer and another. No opinion. Motion for reargument denied, with $10 costs. Leave to appeal to Court of Appeals is unnecessary. For prior report, see 130 N. Y. Supp. 1118.

McGIBBON et al., Respondents, v. TARBOX, Appellant. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) Action by Ellen I. McGibbon and another, as administrators de bonis non of Belfrage McGibbon, deceased, against Edwin B. Tarbox, as survivor of the late firm of McGibbon & Tarbox. No opinion. Motion denied. See, also, 129 N. Y. Supp. 594.

MACK, Respondent, v. SANITARY FIREPROOFING & CONTRACTING CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by James F. Mack against the Sanitary Fireproofing & Contracting Company and others. N. H. Gibbs, for appellants. J. F. McIntyre, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

MACK v. SANITARY FIREPROOFING & CONTRACTING CO. et al. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by James F. Mack against the Sanitary Fireproofing & Contracting Company and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

McLAREN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 13, 1911.) Action by Hilda McLaren against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment and order of the Municipal Court reversed, and new trial ordered, costs to abide the event, unless plaintiff stipulate within 10 days after the entry of the order herein to reduce the recovery to $471, in which case the judgment, as so modified, and order, are unanimously affirmed, without costs.

McMAHON v. ISAAC SCHNEER'S SON & CO. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Catheryn McMahon against Isaac Schneer's Son & Co. No opinion. Motion denied, with $10 costs. Order filed. See, also, 131 N. Y. Supp. 407.

McMILLAN v. ELLIOTT (two cases). (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Clarence McMillan against Mariea Elliott. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

McNULTY v. McNULTY. (Supreme Court, Appellate Division, First Department. October 13, 1911. Appeal from Special Term, New York County. Action by Mary E. McNulty against Patrick J. McNulty. From an order refusing to modify a decree for alimony, defendant appeals. Order reversed, and judgment modified and affirmed. See, also, 140 App. Div. 932, 125 N. Y. Supp. 1130. John P. Everett, for appellant. James A. MacElhinny, for respondent.

PER CURIAM. The order appealed from should be reversed, and the judgment modified, by reducing alimony to the sum of $750 per annum, to be paid in the proportions provided for in the original judgment awarding alimony, and, as so modified, affirmed, without costs of this appeal.

MAHANNA, Appellant, v. PHILLIPS, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 15, 1911.) Action by Jane Mahanna against Frank Phillips. No opinion. Appeal dismissed upon stipulation filed.

MAHAR v. HARRINGTON PARK VILLA SITES et al. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Henry W. Mahar against the Harrington Park Villa Sites and others. No opinion. Motion granted, and question certified as stated in order. Order filed. See, also, 131 N. Y. Supp. 514.

MAHONEY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Robert J. Mahoney against the City of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 130 N. Y. Supp. 602.

MANEELY, Respondent, v. UNITED STATES FIDELITY & GUARANTY CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Francis J. Maneely, as administrator, against the United States Fidelity & Guaranty Company, impleaded with others. W. R. Reed, for appellant. D. Emery, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MANERI v. JOLINE et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Tony Maneri, as administrator, etc., against Adrian H. Joline and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 130 N. Y. Supp. 1120.

MANHATTAN BRASS CO., Appellant, v. W. F. BURNS CO., Respondent. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by the Manhattan Brass Company against the W. F. Burns Com-